1

2

3   *E-FILED: 2/12/2015*

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

JARRIS J. SILAGI,                          )   No. C 14-4795 RMW (PR)
                                           )
11              Plaintiff,                  )   ORDER OF TRANSFER
                                           )
12     v.                                   )
                                           )
13   BROWN, et al.,                         )
                                           )
14              Defendants.                 )
                                           )
15   _____)

16          Plaintiff, who is currently housed in California Medical Facility, filed a federal civil

17   rights complaint pursuant to 42 U.S.C. § 1983.  The acts complained of occurred in Vacaville,

18   which lies within the venue of the Eastern District of California.  Therefore, venue properly lies

19   in the Eastern District.  See 28 U.S.C. § 1391(b).  Accordingly, this case is **TRANSFERRED** to

20   the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).

21   The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District

22   of California.

23          IT IS SO ORDERED.

24   DATED:   *2/11/2015*

                                           _____
25                                          RONALD M. WHYTE
                                           United States District Judge

26

27

28

Order of Transfer
P:\PRO-SE\RMW\CR.14\Silagi795trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JARRIS SILAGI,

                 Plaintiff,

  v.

JERRY BROWN et al,

                 Defendant.

_____/

Case Number: CV14-04795 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jarris J. Silagi AP-0149
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: February 12, 2015

                        Richard W. Wieking, Clerk
                        By: Jackie Lynn Garcia, Deputy Clerk